UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER STULTZ,<br><br>Defendant | No. 1:23-cr-82-JL-AJ-01<br><br>Count 1:  False Statement<br>    (18 U.S.C. § 1001(a)(2)) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
False Statement
18 U.S.C. § 1001(a)(2)

From in and around January 2003 and continuing through in and around December 2022, in the District of New Hampshire and elsewhere, the defendant,

CHRISTOPHER STULTZ,

knowingly and willfully made a materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of the Department of Veterans Affairs ("VA"), a federal agency within the executive branch of the United States Government.  Specifically, the defendant falsely represented to the VA that he had lost the use of both his feet to receive VA benefits to which he was not entitled.

1

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

Dated: September 13, 2023

/s/ Foreperson
FOREPERSON

JANE E. YOUNG
UNITED STATES ATTORNEY

By: /s/ Alexander S. Chen
Alexander S. Chen
Assistant U.S. Attorney