IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 23-CR-82-JL-AJ-01 |
| | ] | |
| CHRISTOPHER STULTZ | ] | |

## DEFENDANT'S SENTENCING WITNESS LIST

Defendant, Christopher Stultz, by and through counsel, Dorothy E. Graham, hereby submits his witness list for sentencing.

1. Christine Pierce, Ph. D., Psychological Consulting Services, LLC.

Respectfully Submitted,

Dated:  April 24, 2024

*/s/ Dorothy E. Graham*
Dorothy E. Graham
NH Bar #11292
Assistant Federal Defender
22 Bridge Street – Box 12
Concord, NH 03301
Tel. 603-226-7360
Email: Dorothy_Graham@fd.org

## Certificate of Service

I hereby certify that on April 24, 2024, the above document was served electronically upon all counsel of record through the CM/ECF filing system.

*/s/ Dorothy E. Graham*
Dorothy E. Graham